JS-6

Dean A. Hanley, Esq.     (State Bar No. 169507)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
Carole M. Bosch, Esq.    (State Bar No. 239790)
PAUL AND HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile: (510) 559-9970
dhanley@paulandhanley.com
drosenthal@paulandhanley.com

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAROL S. DUDASH, et. al., | Case No.: CV 08-7434 R (JTLx) |
| Plaintiffs, | STIPULATION REQUESTING ORDER DISMISSING DEFENDANT VIAD CORP. WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER |
| vs. | |
| ALSTOM POWER, INC., et. al., | |
| Defendants. | |
| | [C.D. Cal. Local Rules 7-1 & 52-9] |
| | Courtroom: 8 |
| | Judge: Hon. Manuel L. Real |

Plaintiffs and defendant Viad Corp. submit this stipulation jointly requesting that the Court issue an order dismissing with prejudice plaintiffs' action against Viad and remanding this case in its entirety to state court.

IT IS HEREBY STIPULATED by and between plaintiffs and Viad, through their respective attorneys of record, as follows:

Plaintiffs initiated this action on October 3, 2008, in the Superior Court of the State of California, County of Los Angeles. Following service of summons on its agent for service of process, Viad timely removed this case to the United States

STIPULATION REQUESTING ORDER DISMISSING DEFENDANT VIAD CORP. WITH PREJUDICE AND REMANDING CASE IN ITS ENTIRETY TO STATE COURT; [PROPOSED] ORDER
C:\Documents and Settings\planghorn\Local Settings\Temporary Internet Files\OLK16A\Stip re remand (2).doc

District Court for the Central District of California, asserting federal officer jurisdiction based on the government contractor defense. No other defendant filed and served a notice of removal in this case, and no other defendant joined in Viad's notice of removal.

Plaintiffs and Viad hereby jointly request that the Court dismiss with prejudice plaintiffs' action against Viad and remand this case in its entirety to state court. With the dismissal of plaintiffs' action against Viad, there will remain no party in this action that has invoked the jurisdiction of the federal courts in this case.

Plaintiffs' willingness to stipulate to the dismissal with prejudice of this action against Viad is conditioned upon the remand of this case in its entirety to the Superior Court of the State of California, County of Los Angeles; and Viad's willingness to stipulate to the remand of this case to state court is conditioned upon the dismissal with prejudice of plaintiffs' action against it.

If the Court orders the dismissal with prejudice of plaintiffs' action against Viad and the remand of this case in its entirety to state court, plaintiffs and Viad waive all claims for costs and expenses in relation to this action as against each other.

IT IS SO STIPULATED.

DATED: January 20, 2009        PAUL AND HANLEY, LLP

_____
Deborah R. Rosenthal, attorney for plaintiffs

DATED: January 20, 2009        FOLEY & MANSFIELD LLP

_____
Peter B. Langbord, attorney for Viad Corp.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Viad Corp. is hereby dismissed with prejudice from the instant action. It is further ordered that the above-captioned case, *Carol Dudash et. al. v. Alstom Power, Inc., et. al.*, U.S. District Court Case No. CV 08-7434 R (JTLx), is hereby remanded to the Superior Court of the State of California in and for the County of Los Angeles. Each party shall bear its own costs and expenses in relation to this action as against each other.

DATED: Jan. 23, 2009

_____
HONORABLE MANUEL L. REAL